IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

```
PATRICIA HUNT,                    )    CV 25-00403 HG-WRP
                                  )
          Plaintiff,              )
                                  )
     vs.                          )
                                  )
STAFFING POWER INC., STAFFING     )
POWER LLC. HAWAII ET ALL,         )
STAFFING POWER.COM, DALLAS,       )
TEXAS 7920 BELT LINE RD. STE      )
245 DALLAS, TX 75254 ANWAR /      )
MASTER CARE ASSISTED LIVING       )
LLC. MASTER CARE CORP.,           )
MASTER CARE HOME HEALTH,          )
MASTER CARE INC. ET ALL, DOL,     )
                                  )
          Defendants.             )
                                  )
```

<u>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO (1) DISMISS COMPLAINT WITH LEAVE TO AMEND AND (2) DENY APPLICATION TO PROCEED WITHOUT PAYMENT OF FEES OR COSTS (ECF No. 4)</u>

The Findings and Recommendation having been filed and served on all parties on October 29, 2025, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendation to (1) Dismiss Complaint with Leave to Amend and (2) Deny Application to Proceed Without Payment of Fees or Costs (ECF No. 4) is adopted as the opinion and order of this Court.

Plaintiff may file an Amended Complaint and an Application

to Proceed Without Prepayment of Costs on or before **Monday, January 5, 2026.**

Failure to file an Amended Complaint and an Application to Proceed Without Prepayment of Costs in full conformance with the Federal Rules of Civil Procedure, the District of Hawaii Local Rules, and the orders of this Court on or before the deadline will result in the automatic dismissal of this action.

IT IS SO ORDERED.

Dated: Honolulu, Hawaii, November 19, 2025.

Helen Gillmor
United States District Judge

**Patricia Hunt v. Staffing Power Inc., Staffing Power LLC. Hawaii et all, Staffing Power.com, Dallas, Texas 7920 Belt Line Rd. Ste 245 Dallas, TX 75254 Anwar / Master Care Assisted Living LLC. Master Care Corp., Master Care Home Health, Master Care Inc. et all, DOL**; 25-cv-00403-HG-WRP; Findings and Recommendation to (1) Dismiss Complaint with Leave to Amend and (2) Deny Application to Proceed Without Payment of Fees or Costs (ECF No. 4)