IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| PATRICIA HUNT, | ) | CV 25-00403 HG-WRP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| STAFFING POWER INC., STAFFING | ) | |
| POWER LLC, STAFFINGPOWER, | ) | |
| MASTERCARE, ANWAR KAZI, | ) | |
| IFRAAN KAZI, STATE OF HAWAII | ) | |
| DUA DISASTER UNEMPLOYMENT, | ) | |
| STATE OF CALIFORNIA SAN | ) | |
| FRACISCO OFFIC | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

<u>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO (1) DISMISS AMENDED COMPLAINT WITH LEAVE TO AMEND AND (2) DENY APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES OR COSTS AS MOOT (ECF No. 12)</u>

The Findings and Recommendation having been filed and served on all parties on February 19, 2026, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendation to (1) Dismiss Amended Complaint with Leave to Amend and (2) Deny Application to Proceed Without Prepayment of Fees or Costs as Moot (ECF No. 12) is adopted as the opinion and order of this Court.

Plaintiff may file a Second Amended Complaint and an Application to Proceed Without Prepayment of Costs on or before

**Friday, April 24, 2026.**

Failure to file an Second Amended Complaint and an Application to Proceed Without Prepayment of Costs in full conformance with the Federal Rules of Civil Procedure, the District of Hawaii Local Rules, and the Orders of this Court on or before the deadline will result in the automatic dismissal of this action.

IT IS SO ORDERED.

Dated: Honolulu, Hawaii, March 9, 2026.

/s/ Helen Gillmor
Helen Gillmor
United States District Judge

**Patricia Hunt v. Staffing Power Inc., Staffing Power LLC, Staffingpower, Mastercare, Anwar Kazi, Ifraan Kazi, State of Hawaii Dua Disaster Unemployment, State of California San Fracisco Offic**; 25-cv-00403-HG-WRP; Order Adopting Findings and Recommendation to (1) Dismiss Amended Complaint with Leave to Amend and (2) Deny Application to Proceed Without Prepayment of Fees or Costs as Moot (ECF No. 12).